SPENCER P. HUGRET (SBN: 240424)
shugret@grsm.com
KATHERINE P. VILCHEZ (SBN: 212179)
kvilchez@grsm.com
TRINA M. CLAYTON (SBN: 204215)
tclayton@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone:   (415) 986-5900
Facsimile:    (415) 986-8054
Attorneys for Defendant
FORD MOTOR COMPANY

Tionna Carvalho (SBN: 299010)
tcarvalho@slpattorney.com
Elizabeth A. LaRocque (SBN: 219977)
elarocque@slpattoreny.com
emailservices@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC**
1888 Century Park East, 19th Floor
Los Angeles, CA 90067
Tel: (310)929-4900
Fax: (310)943-3838

Attorneys For Plaintiff
ALFREDO CEJA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| ALFREDO CEJA, | Case No.: 2:23-cv-02974-DJC-CKD |
|---|---|
| Plaintiff, | Judge: Hon. Daniel J. Calabretta |
| vs. | Magis. Judge: Hon. Carolyn K. Delaney |
| FORD MOTOR COMPANY; FUTURE FORD OF SACRAMENTO; and DOES 1 through 10, inclusive | **ORDER GRANTING JOINT STIPULATION TO AMEND SCHEDULING ORDER [DKT. 11]** |
| Defendants. | State Comp. Filed: August 16, 2023<br>Removed: December 20, 2023<br>Trial Date: July 7, 2025 |

**HAVING CONSIDERD THE PARTIES' JOINT STIPULATION TO AMENDED SCHEDULING ORDER:**

It is hereby ordered that the following dates set forth in the February 15, 2024 Scheduling Order [Dkt. 11] are vacated and continued according to the revised schedule below:

| Event | Current Dates | Proposed Dates |
|---|---|---|
| Close of Fact Discovery | 9/27/2024 | 11/12/2024 |
| Initial Expert Report | 10/4/2024 | 11/18/2024 |
| Rebuttal Expert Report | 10/18/2024 | 12/2/2024 |
| Dispositive Motion Filing Deadline | 1/10/2025 | 2/24/2025 |
| L/D to Hear Dispositive Motions | 2/20/2025 | 4/3/2025 |

Pursuant to stipulation, **IT IS SO ORDERED**:

Dated:  September 27, 2024      /s/ Daniel J. Calabretta
                                THE HONORABLE DANIEL J. CALABRETTA
                                UNITED STATES DISTRICT JUDGE