# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO CEJA,<br>　　　　　Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY; FUTURE FORD OF SACRAMENTO; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:23-cv-02974-DJC-CKD<br><br>**ORDER GRANTING JOINT STIPULATION FOR ORDER TO CONTINUE THE DEADLINE TO FILE DISPOSITIONAL DOCUMENTS** |

On April 17, 2025, both Parties filed a Joint Stipulation to Continue the Deadline to File Dispositional Documents.

The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. The Joint Stipulation is GRANTED;
2. The Court CONTINUES the filing deadline of to file dispositional documents from April 17, 2025 to May 19, 2025; and
3. The Court retains Jurisdiction over the action until Plaintiff's fees, costs, and expenses are decided and funding satisfied.

IT IS SO ORDERED.

Dated: April 18, 2025　　　　　　　　　　　/s/ Daniel J. Calabretta
　　　　　　　　　　　　　　　　　　　　　THE HONORABLE DANIEL J. CALABRETTA
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE