# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO CEJA, | Case No. 2:23-cv-02974-DJC-CKD |
| Plaintiff, | Hon. Daniel J. Calabretta |
| vs. | **ORDER GRANTING JOINT STIPULATION REGARDING PLAINTIFF'S FEES, COSTS AND EXPENSES AND REQUEST FOR ENTRY OF ORDER** |
| FORD MOTOR COMPANY; FUTURE FORD OF SACRAMENTO; and DOES 1 through 10, inclusive, | |
| Defendants. | |

The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. Plaintiff ALFREDO CEJA ("Plaintiff") and Defendant FORD MOTOR COMPANY ("Defendant") have agreed FORD MOTOR COMPANY will pay $57,000.00 to resolve Plaintiff's attorneys' fees, costs, and expenses.
2. Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiff $57,000.00 to resolve attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiff by August 15, 2025.
3. After satisfaction of payment, Plaintiff will dismiss this case with prejudice within 10 business days against all parties.

**IT IS SO ORDERED.**

Dated: May 16, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE